UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 13-CV-80499 Middlebrooks/White

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

cat / div 1983/550/WPB
Case # ______
Judge ______ Mag PAW
Motn Ifp Yes Fee pd $ ______
Receipt # ______

UNITED STATES DISTRICT COURT
Southern District of Florida

~~Case No.~~ ______

FILED by [signature] D.C.
MAY 14 2013
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Quinton Sylvestre D.O.B. 11-01-86
Plaintiff

V.

Ric Bradshaw
To Tranchese #4697
______
Defendants

A Complaint Under the Civil Rights Act, 42 U.S.C. § 1983

I. Parties

A. Name of Plaintiff: Quinton Sylvestre
Inmate #: 0362165
Address: Palm Beach County Jail PO Box 24716
West Palm Beach Florida 33416

B. Defendant: Ric Bradshaw
is employed as Sherriff at Palm Beach County Dept. of Corrections
at 3228 Gun Club Road West Palm Beach FL 33406

C. Additional Defendants: To Tranchese #4697-Classification
3228 Gun Club Rd West Palm Beach FL 33406

## II. Statement of Claim

ON 1-30-2013, I was Sanctioned at a disciplinary hearing to Spend 20 days in disciplinary confinement and should have been released from confinement on 2-16-2013. Classification Supervisor T. Tranchese #4697 Kept me held in confinement, against my Due Process Rights until 3-27-2013 with NO valid Justification. This was a clear deprivation of my rights. This excessive confinement resulted in extreme hardship and mental anguish.

## II. Relief

I want Compensatory and Punitive Damages in the amount of $1,500 per day for every day spent in Confinement that exceeded the 20 day Sanction.

IV. Jury Demand - Do You demand a Jury Trial? ☒ Yes ☐ NO

Signed This 7 Day of MAY 2013.

Signature of Plaintiff

I Declare under Penalty of PurJury that the Foregoing is True and Correct.

Executed on 5-7-2013

Signature of Plaintiff